<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-7530**

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

     v.

JASMINE ROCHELLS ROBESON,

              Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Graham C. Mullen, Senior District Judge.  (3:02-cr-00140-GCM-2)

Submitted:  January 31, 2012      Decided:  February 3, 2012

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jasmine Rochells Robeson, Appellant Pro Se.  Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jasmine Rochells Robeson appeals the district court's order denying her motions for reduction of sentence.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  United States v. Robeson, No. 3:02-cr-00140-GCM-2 (W.D.N.C. Oct. 19, 2011).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2